# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**RAYMOND ADDERLEY,**
Appellant,

v.

**DEPARTMENT OF REVENUE CHILD SUPPORT ENFORCEMENT** and
**MAKEBA DISHAYE GASH,**
Appellee.

No. 4D23-1118

[August 23, 2023]

Appeal from the State of Florida, Department of Revenue; L.T. Case Nos. DOAH #23-000381CS, DEP. #13220021944FC, CS #2001808704.

Raymond Adderley, Lauderdale Lakes, pro se.

Ashley Moody, Attorney General, Tallahassee, and Sarah C. Prieto, Assistant Attorney General, Fort Lauderdale, for appellee.

## CONFESSION OF ERROR

PER CURIAM.

A parent appeals a final administrative support order. The Department of Revenue has filed a Confession of Error based on the Department's failure to "accurately and completely preserve all testimony in the proceeding[.]" *See* § 120.57(1)(g), Fla. Stat. (2022).

We therefore reverse and remand the case to the Division of Administrative Hearings for further proceedings.

*Reversed and remanded.*

KLINGENSMITH, C.J., GROSS and MAY, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***